**FILED BY K.P. D.C.**
**Sep 27, 2021**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 27, 2021

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 21-12580-JJ
Case Style: Jeffrey LaGrasso, et al v. Seven Bridges Homeowners Associations Inc.
District Court Docket No: 9:20-cv-81163-WM

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ/lt
Phone #: (404)335-6193

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 21-12580-JJ

_____

JEFFREY LAGRASSO,
DEBORAH LAGRASSO,

                                                                Plaintiffs-Appellants,

versus

SEVEN BRIDGES HOMEOWNERS ASSOCIATIONS INC.,

                                                                Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before: WILSON, ROSENBAUM, and LAGOA, Circuit Judges.

BY HE COURT:

      This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.  Jeffrey LaGrasso and Deborah LaGrasso appeal from the district court's orders granting partial summary judgment to Seven Bridges Homeowners Associations Inc. ("Seven Bridges"), declining to grant summary judgment to either party on the remaining claim, denying the LaGrassos' Federal Rule of Civil Procedure 59(e) motion to alter or amend, and entering judgment as to one claim based on its partial grant of summary judgment.  These orders were not final because the LaGrassos' complaint is still pending as to their remaining claim, and the district court did not certify its partial grant of summary judgment for immediate appeal under Federal Rule of Civil Procedure 54(b).  *See* 28

U.S.C. § 1291; *World Fuel Corp. v. Geithner*, 568 F.3d 1345, 1348 (11th Cir. 2009); *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1245–46 (11th Cir. 2012); *Broussard v. Lippman*, 643 F.2d 1131, 1133 (5th Cir. Unit A Apr. 1981). Nor are the orders appealable under the collateral order doctrine. *See Mohawk Indus., Inc. v. Carpenter*, 558 U.S. 100, 106 (2009).

Any pending motions are DENIED as moot. No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir. R. 27-2 and all other applicable rules.