UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81163-CIV-MATTHEWMAN

JEFFREY LAGRASSO and
DEBORAH LAGRASSO,

    Plaintiffs,

vs.

SEVEN BRIDGES HOMEOWNERS
ASSOCIATION, INC.,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO PLAINTIFFS' PUNITIVE DAMAGES CLAIM PURSUANT TO THEIR DISPARATE TREATMENT THEORY OF COUNT I [DE 233]

THIS CAUSE is before the Court upon Defendant's Motion For Partial Summary Judgment As To Plaintiffs' Punitive Damages Claim Pursuant To Their Disparate Treatment Theory Of Count I ("Motion") [DE 233]. Plaintiffs responded [DE 234], and Defendant replied [DE 235]. Having carefully reviewed the parties' filings, the entire record, and the governing law, the Motion [DE 233] is **DENIED**.

Plaintiffs brought this action for alleged violations of 42 U.S.C. § 3604(b) of the Fair Housing Act against the Association claiming discrimination on the basis of their religion in their ability to use services or facilities of the Association, and by the Association's inaction to control the conduct of their neighbor. [DE 1; DE 118]. Count I alleges disparate treatment discrimination and Plaintiffs have sought punitive damages in connection with that claim. *Id.*

The prior presiding Judge found that the record contained "adequate circumstantial evidence to allow a jury to reasonably infer that Defendant discriminated against Plaintiffs in part due to their status as Christians, or at least as non-Jewish community members." [DE 188 at

3]. As that theory of Count I has survived summary judgment, Plaintiffs' demand for punitive damages as to that claim has also survived summary judgment. Moreover, Defendant failed to sufficiently show that it timely moved for summary judgment on this issue or that any prior Court order clearly and unequivocally states that punitive damages as to the remaining disparate treatment theory is unavailable. Accordingly, Defendant's Motion [DE 233] is **DENIED**.

**ORDERED and ADJUDGED** in chambers at West Palm Beach, Palm Beach County, Florida, this 21st day of December 2021.

_____
William Matthewman
United States Magistrate Judge