# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

CASE NO.: 9:20-cv-81163-MATTHEWMAN

JEFFREY LAGRASSO and
DEBORAH LAGRASSO,

    Plaintiffs,

vs.

SEVEN BRIDGES HOMEOWNERS
ASSOCIATION, INC.

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

COMES NOW, the Plaintiffs, JEFFREY LAGRASSO and DEBORAH LAGRASSO, and the Defendant, SEVEN BRIDGES HOMEOWNERS ASSOCIATION, INC., by and through their undersigned counsel, pursuant to Local Rule 16.4, and hereby files this, their Joint Notice of Settlement notifying the Court that the instant matter has been settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and seek to be excused from any further appearances in Court, including for hearings or Trial.

Respectfully submitted this 12th day of March, 2023.

| | |
|---|---|
| MURDOCH WEIRES PLLC | VERNIS &BOWLING OF PALM BEACH,P.A. |
| Attorneys for Plaintiffs | Attorneys for Defendant, Seven Bridges |
| 14 Southeast 4th Street | 618 U.S. Highway One, Suite 200 |
| Boca Raton, Florida 33432 | North Palm Beach, Florida 33408 |
| Tel.: (561) 347-8700 | Telephone No. 561.775.9822 |
| Fax: (561) 409-2341 | Facsimile No. 561.775.9821 |
| sweires@murdochweires.com | Primary:    gjvernis@national-law.com |
| jliotta@murdochweires.com | Knissen@florida-law.com |
| | jfiala@florida-law.com |

LaGrasso v. Seven Bridges Homeowners Assocation, Inc., et al.
Case No. 9:20-cv-81163 – WM
Page 2

                                                                        alandrum@florida-law.com
Secondary:  Cschrader@florida-law.com
                          pbfiling@florida-law.com

| By: /s/ Scott A. Weires | /s/ Ashley N. Landrum |
|---|---|
| Scott A. Weires, Esq. | G. JEFFREY VERNIS, ESQ. |
| Florida Bar No. 0113761 | Florida Bar No. 739944 |
| | JOSEF M. FIALA, ESQ. |
| | Florida Bar No. 707570 |
| | ASHLEY N. LANDRUM, ESQ. |
| | Florida Bar No. 111594 |

CHERHARDY, SHERMAN,
WILLIAMS, RECILE & HAYES LLP
Co-Counsel for Plaintiffs
James W. Williams, Esq.
Inemesit U. O'Boyle, Esq.
Patrick R. Follette, Esq.
Philip J. LaBorde, Esq.
One Galleria Blvd., Ste 1100
Metairie, LA 70001
Telephone No. (504) 833-5600
james@thretrialteam.com
inem@thetrialteam.com
patrick@thetrialteam.com
phillip@thetrialteam.com
danielle@thetrialteam.com

LaGrasso v. Seven Bridges Homeowners Assocation, Inc., et al.
Case No. 9:20-cv-81163 – WM
Page 3

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 12, 2023 I electronically filed the foregoing documents with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronically Filing generated by CM/ECF or in some other authorized manner for those Counsel or Parties who are not authorized to receive electronically Notice of Electronic Filing.

VERNIS & BOWLING OF PALM BEACH, P.A.
*Counsel for Defendant, Seven Bridges HOA*
884 U.S. Highway One
North Palm Beach, Florida 33408
Telephone No. 561.775.9822
Facsimile No. 561.775.9821
Primary:   gjvernis@national-law.com
           Knissen@florida-law.com
           jfiala@florida-law.com
Secondary: Cschrader@florida-law.com
           pbfiling@florida-law.com

   /s/   Ashley N. Landrum
G. JEFFREY VERNIS, ESQ.
Florida Bar No. 739944
JOSEF M. FIALA, ESQ.
Florida Bar No. 707570
ASHLEY N. LANDRUM, ESQ.
Florida Bar No. 111594

LaGrasso v. Seven Bridges Homeowners Assocation, Inc., et al.
Case No. 9:20-cv-81163 – WM
Page 4

# SERVICE LIST
## CASE NO. 9:20-cv-81163– MIDDLEBROOKS/MATTHEWMAN

| Scott A. Weires, Esq.<br>*Attorney for Plaintiffs*<br>Murdoch Weires, PLLC<br>14 SE 4th Street, Suite 36<br>Boca Raton, FL 33432<br>Telephone No. (561) 347-8700<br>sweires@murdochweires.com<br>jliotta@murdochweires.com | James M. Williams, Esq.<br>Inemesit U. O'Boyle, Esq.<br>Patrick R. Follette, Esq.<br>Phillip J. La Borde, Esq.<br>*Attorneys for Plaintiffs*<br>Chehardy, Sherman, Williams, Murray, Recile, Stakelum & Hayes, LLP<br>One Galleria Blvd., Ste 1100<br>Metairie, LA 70001<br>Telephone No. (504) 833-5600<br>james@thretrialteam.com<br>inem@thetrialteam.com<br>phillip@thetrialteam.com<br>patrick@thetrialteam.com |