UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-cv-81163-MATTHEWMAN

JEFFREY LAGRASSO and
DEBORAH LAGRASSO,

    Plaintiffs,

v.

SEVEN BRIDGES HOMEOWNERS
ASSOCIATION, INC., a Florida corporation,

    Defendant.
_____/

FILED BY __SW__ D.C.

Mar 14, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## ORDER DISMISSING CASE WITH PREJUDICE, DIRECTING PAYMENT OF JUROR COSTS, AND RETAINING JURISDICTION

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice ("Joint Stipulation") [DE 282], in which the parties "stipulate and agree that the parties have amicably settled this lawsuit." [DE 282 at 1]. The Court has carefully considered the Joint Stipulation [DE 282] and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED WITH PREJUDICE**;

2. Each party shall bear their own attorneys' fees and costs;

3. The Court congratulates the parties and their counsel on the amicable resolution of this case. However, since the settlement was reached on the Sunday afternoon before the start of the Monday morning, March 13, 2023 jury trial, and as the Court orally advised the parties on March 13, 2023 in open Court, the parties shall be required to pay the costs of summoning the prospective jurors for trial pursuant to Southern District of

Florida Local Rule 47.1. The Clerk's expense for summoning the prospective jurors was $2,769.90. Plaintiffs and Defendant are each are ordered to pay one-half of this amount, to the Clerk of Court, within twenty (20) days of March 13, 2023.

4. The Court shall retain jurisdiction for a period of sixty (60) days from the date of this Order to enforce the terms of the parties' settlement agreement and to enforce the award of juror costs against the parties.

5. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 14th day of March, 2023.

WILLIAM MATTHEWMAN
United States Magistrate Judge